IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLANIA

| | | |
|---|---|---|
| CM REGENT INSURANCE COMPANY A/S/O EAST ALLEGHENY SCHOOL DISTRICT, | : : : : : | |
| Plaintiff, | : : | Civil Action No._____ |
| v. | : : | |
| EAST ALLEGHENY YOUTH FOOTBALL ASSOCIATION | : : : | |
| Defendant | : : : | |

**COMPLAINT**

Plaintiffs, CM Regent Insurance Company, as subrogee of East Allegheny School District, by way of Complaint hereby avers as follows:

**PARTIES**

1.     Plaintiff, the CM Regent Insurance Company, ("CM REGENT") is an insurance company doing business in the Commonwealth of Pennsylvania, with the principal place of business located at 3000 Schuster Lane, Merrill, WI 54452 and is the insurer of the properties owned by the East Allegheny School District, including the Churchman Stadium and its Concession Stand, located at 1150 Jacks Run Road, North Versailles, PA 15137.

2.     Defendant, East Allegheny Youth Football Association, is a local sports association with address at 7207 Schley Court, Pittsburgh, PA 15218.

**JURISDICTION**

3.      Jurisdiction in this case is based on diversity of citizenship of the parties and the amount in controversy.  Plaintiff is an insurance company incorporated in the State of Wisconsin, with a principal place of business in the State of Wisconsin.  Defendant is a local sports association formed under the laws of the Commonwealth of Pennsylvania.  The amount in controversy exceeds the sum of Seventy Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

**BACKGROUND**

4.      At all times relevant to this Complaint, defendant, East Allegheny Youth Football Association, used the Churchman Stadium and the concession stand during certain dates, for their youth football and cheer organization events.

5.      At all times relevant to this Complaint, the defendant was approved to use the facility under a Use of School Property Agreement .  *See* Exhibit A.

6.      On October 5, 2025, a fire occurred in the concession stand.

7.      Upon information and belief, based on eyewitness accounts, the fire originated from an unattended deep fryer inside the concession stand.

8.      The subject deep fryer had been turned on by a member of the association who then left the kitchen to perform other activities, leaving the deep fryer unattended.

9.      As a result of the fire and resultant property damage, the East Allegheny School District filed an insurance claim with CM Regent for the damage to the property.

10.      As a result of this claim, plaintiff sustained damages in an amount in excess of $110,000.00 in payments for the restoration and repair of the concession stand and repair and replacement of business personal property.

11.    As a result of these payments, plaintiff now, as subrogee of the East Allegheny School District,  seeks to recover the aforementioned damages, owing to the defendant's negligence and breach of contract.

## COUNT I
## NEGLIGENCE

12.    At all times relevant to this complaint, defendant, East Allegheny Youth Football Association, used the Churchman Stadium and Concession Stand for their activities.

13.    The use of the stadium and concession stand was used by the defendant under a Use of School Property Agreement.

14.    On the date of the incident, the defendant and its representatives and/or members were negligent in its use of the cooking facilities that a fire emanated from an unattended deep fryer.

15.    The subject deep fryer had been turned on by a member of the association who then left the kitchen to perform other activities, leaving the deep fryer unattended.

16.    The defendant had a duty to exercise proper caution while using inherently dangerous cooking equipment such a deep fryer and to ensure that their use of such equipment would not cause harm to property or others.

17.    The defendant failed exercise the appropriate caution, and as a result the subject fire occurred.

18.    Plaintiff alleges that the incident subject to this Complaint would not have occurred but for the negligence of the defendant.

19.    As a direct and proximate result of the negligence and carelessness of the defendant as described above, the subject incident occurred, causing the property damage sustained by CM Regent's insured, for which it has paid.

3

20.     By reason of the foregoing, CM Regent suffered damages in an amount in excess of $110,000.00 in the form of payments for their insured's property damage, to which they are subrogated.

WHEREFORE, plaintiff, the CM Regent Insurance Company, as subrogee of the East Allegheny School District, demands judgment in its favor and against defendant, East Allegheny Youth Football Association, in an amount in excess of $110,000.00, together with the costs of this action, and any other relief this Court may deem just and proper.

## COUNT II
## BREACH OF CONTRACT

21.     At all times relevant to this Complaint, the defendant, East Allegheny Youth Football Assocation, entered into an agreement for Use of School Facilities with the East Allegheny School District, for use of the Churchman Stadium and its concession stand for their youth football and cheer activities.  *See* Exhibit A.

22.     Under this agreement, the defendant, had a duty to ensure proper care would be taken to prevent any property damage to the facility while in use by the association.

23.     Under this agreement, the defendant, agreed "to be responsible for any and all damages found by the School District to have arisen out of such use".

24.     Under this agreement, the defendant, agreed to be "answerable or responsible for all matter or damages arising from the use of said premises."

25.     Under this agreement, the defendant, agreed to have liability insurance in place to cover any property damage, should any occur at the facility during use by the association.

26.     The defendants failed take the proper care to prevent damage to the concession stand and breach the terms of the Use of School Facilities agreement.

4

27. As a result of this breach, CM Regent suffered damages in an amount in excess of $300,000.00 in the form of payments for their insured's property damage, to which they are subrogated.

WHEREFORE, plaintiff, the CM Regent Insurance Company, as subrogee of the East Allegheny School District, demands judgment in its favor and against defendant, East Allegheny Youth Football Association, in an amount in excess of $110,000.00, together with the costs of this action, and any other relief this Court may deem just and proper.

CRAWFORD LAW

BY: *s/ Dennis J. Crawford*
     DENNIS J. CRAWFORD, ESQUIRE
     Attorney for plaintiff
     619 South White Horse Pike
     Audubon, NJ 08106
     Tel. No.: (215) 592-1932
     E-mail: djc@crawfordslattery.com

Dated: 7/31/2026

EAST ALLEGHENY SCHOOL DISTRICT
**ATTN: TONI VALICENTI**
1150 JACKS RUN ROAD, ROUTE 48
NORTH VERSAILLES, PA  15137
(412) 824-8012 EXT. 4157   FAX# (412)824-1062
**APPLICATION FOR USE OF SCHOOL PROPERTY**

*Rec.*
*8/11*

# Exhibit A

I. ORGANIZATION INFORMATION

Name: East Allegheny Youth Football          Phone: 412-224-9831

Address: po box 88 East MckeesportPa 15035

Description of Organization: Youth football and Cheer Organization playing tackle and flag football from ages 5-12 years of age.

II. PROPERTY REQUESTED

Name of Building/Grounds: Churchman Stadium
Area(s) of Building/Grounds: Click here to enter text.

Date(s) Requested:                      Day of Week

1st Choice                    M☐ T☐ W☐ Th☐ F☐ Sa☐ Su X   *Sundays*

8/24   9/28  *                         *Also, 10/19/25*
8/31   10/5    Starting Date           *make up*
9/7   2nd Choice   Aug 24  →  10/5/25  *Game*
                   Day of Week         *(Due to Fire)*
                   M☐ T☐ W☐ Th☐ F☐ Sa☐ Su☐   *T.V*

                   Starting Date        Ending Date
                   Click here to enter a date.   Click here to enter a date.

III. TIMES REQUESTED       From 8:00 Xa.m. ☐p.m. To8:00.☐a.m. Xp.m.   *Gates Open 10 Am*

IV. DESCRIPTION OF ACTIVITY Youth football Games
V. NUMBER OF EXPECTED PARTICIPANTS - Estimated 400+
VI. NAME AND ADDRESS of person in charge or control, **who will be in attendance** when said premises are used and who shall **answerable or responsible** for all matters or damages arising from use of said premises.

Name(s) John Wilson
Phone — Home 412-224-9831.          Work 412-923-7965
Address 7207 Schley Ct. swissvale Pa 15218
Signature _____John Wilson_____ **agrees to all conditions**.

**ACTIVITIES WILL BE RESTRICTED TO THE AREAS REQUESTED.
FAILURE TO OBSERVE ALL GUIDELINES WILL RESULT IN REMOVAL FROM PREMISES.
(DO NOT WRITE BELOW THIS LINE)**

VII. Estimated fee to be paid to E.A.S.D. for property . . . $ _*25/hr For Security guard(s)*_
Rental Fee $ _____   Personnel Cost $ _*25/hr*_   Other
_*For each Security guard used.*_____
VIII. **Must have Certificate of Insurance.** Certificate of Insurance/Waiver Received:   Yes (No)
IX. Athletic Director - Initial for Approval _*DL / per email*_   Date _____
☐ Request approved by Board of School Directors   Date _*8-11-25*_
☐ Request denied by Board of School Directors   Date _____

## USE OF SCHOOL PROPERTY GOVERNING RULES

*✱ Conflict with Comp Cheer Event*

Case 2:26-cv-01625   Document 1   Filed 07/31/26   Page 7 of 8

## USE OF SCHOOL PROPERTY GOVERNING RULES

1. The applicant agrees to pay all costs for the use of said premises (such as costs for janitor services, equipment, security, etc.) as determined and required by the Board of School Directors in order to avoid any costs to the School District that may arise out of said use. These fees must be paid and received by the School District prior to the date the property is used.

2. The applicant, at its own expense, hereby guarantees to properly police, control, and supervise said premises and its use in strict accordance with requirements of law, from the time of commencement of said use until the termination of said use, and to be responsible for any and all damages found by the School District to have arisen out of such use.

3. The use of facilities is cancelled automatically on in-service days, holidays or on non-school days. We reserve the right to cancel at anytime without prior notice.

4. No alcoholic beverage, drugs, smoking, profanity, and/or loud music, etc. is permitted in or on any school property at anytime.

5. All the participants in your organization must, at all times, restrict themselves to the area to which you have been given permission to use. All other parts of the building or grounds are off limits.

6. Priorities for use of school properties:

   a. School activity, school organization, or school-related functions has first priority without prior notice.

   b. School District organizations of school age students such as Little League baseball/football, Girl/Boy Scouts, etc.

   c. Non-profit organizations in the School District.

   d. Other organizations.

   • If there is a conflict because of a school-scheduled activity on the date or dates your organization has been granted use of our facilities, your organization will be notified that use of the facility for that date is cancelled.

7. Fields: No playing on wet fields or relocating of bases and plates.

8. If you find you are unable to use the approved requested facility, please notify the Administrative Office at 412-824-8012, extension 4157, so that it may be used by another organization.

9. Any individual working directly with the children, i.e. coaches, are required to provide the following clearances: Act 151 - Child Abuse, Act 34 – PA Criminal and Act 114 – FBI Criminal Background Check. **Please Note: the fees for the aforementioned clearances are the responsibility of the applying individual.** Forms are available in the District Office by request. **No forms will be mailed.**

## Fwd: updated schedule

1 message

**Jamie Morgan** &lt;jmorgan@eawildcats.net&gt;                     Mon, Aug 11, 2025 at 9:26 AM
To: Toni Valicenti &lt;tvalicenti@eawildcats.net&gt;, Kristin Wagner &lt;kwagner@eawildcats.net&gt;

FYI-- for facility use updates.

---------- Forwarded message ---------
From: **John Wilson** &lt;wildcats.ea@gmail.com&gt;
Date: Mon, Aug 11, 2025 at 8:28 AM
Subject: updated schedule
To: Jamie Morgan &lt;jmorgan@eawildcats.net&gt;, David Loya &lt;dloya@eawildcats.net&gt;


Hello Due to a team leaving our League they redone our schedules. Here are the Home Dates (gates open 10 am)
August 24th
Aug 31st
Sept 7th
Sept 28th
Oct 5th
sorry for any inconvenience.
thank you